United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 04, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re:<br><br>RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC, *et al.*,<br><br>*Debtors*.[1] | §<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 25-90666 (ARP)<br><br>(Jointly Administered) |
| SATTERFIELD AND PONTIKES CONSTRUCTION, INC.,<br>*Plaintiff,*<br><br>v.<br><br>RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC, *et al.*,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. Proc. No. 25-03830 |

**STIPULATION AND AGREED ORDER**

Plaintiff Satterfield & Pontikes Construction, LLC ("S&P") and Defendants RELLIS Campus Data and Research Center, LLC ("Rellis" or "Debtor"), Sam Tenorio III ("Tenorio"), and Vantage Bank ("Vantage" and collectively with S&P, Rellis, and Tenorio, the "Parties"), hereby file this *Stipulation and Agreed Order* (the "Stipulation" or "Order" as applicable), and would respectfully state as follows:

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: RELLIS Campus Data and Research Center, LLC (9113), and Optimus DataCenters, LLC (1582). The Debtors' service address is 5010 Doss Road, Austin, Texas 78734.

## RECITALS

WHEREAS, on November 5, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief (the "Chapter 11 Cases") under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

WHEREAS, prior to the Petition Date, on October 29, 2025, S&P filed its *Original Petition and Verified Application for Temporary Restraining Order, Temporary Injunction, and Declaratory Relief and Written Discovery* against RELLIS, Tenorio, and Vantage (collectively, the "Defendants") in Brazos County District Court (the "Brazos County Action"). S&P, as general contractor, filed the Brazos County Action to enjoin the scheduled foreclosure by Vantage on its deed of trust against the property upon which the RELLIS Data and Research Center (the "Project") was under construction. Without limitation, S&P asserts in the Brazos County Action that Defendants, individually and collectively, misappropriated construction trust funds and coerced S&P into performing construction after the balance of the construction loan was depleted. Defendants wholly deny the allegations.

WHEREAS, on November 18, 2025, Vantage removed the Brazos County Action to this Court, opening the above-captioned adversary proceeding [Adv. Proc. Dkt. No. 1] (the "Adversary Proceeding").

WHEREAS, on January 13, the Parties attended an initial conference in the Adversary Proceeding, at which time the Court set the Defendants' responsive pleading deadline and the opening of discovery for March 1, 2026 [Adv. Proc. Dkt. Nos. 11 and 13].

WHEREAS, on March 1, 2026, the Court entered the *Agreed Order Extending Vantage Bank's Deadline to File an Answer or Other Responsive Pleading* [Adv. Proc. Dkt. No. 19], extending Vantage's responsive pleading deadline in the Adversary Proceeding to March 9, 2026.

WHEREAS, on March 1, 2026, Rellis filed its *Motion to Dismiss Adversary Proceeding* [Adv. Proc. Dkt. No. 16] ("Rellis Motion to Dismiss").

WHEREAS, on March 1, 2026, Tenorio filed his *Motion to Dismiss Adversary Proceeding* [Adv. Proc. Dkt. No. 17] ("Tenorio Motion to Dismiss").

WHEREAS, on March 21, 2026, the Court entered the *Stipulation and Agreed Order* [Adv. Proc. Dkt. No. 27] in the Adversary Proceeding, which extended respective answer and response deadlines among the Parties to April 30, 2026 and which has been further extended by additional stipulations[2] to September 4, 2026;

WHEREAS, on July 6, 2026, the Court entered the *Order (I) Authorizing the Sale of All of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, Other Than Permitted Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Dkt. No. 219] (the "Sale Order");

WHEREAS, on July 31, 2026, the Court entered the *Second Stipulation and Agreed Order Continuing June 30, 2026 Adequate Protection Deadlines to August 31, 2026* [Dkt. No. 226] ("Adequate Protection Stipulation"), which extended the DIP Maturity Date and adequate protection deadlines associated therewith, among other deadlines, from July 31, 2026 to August 31, 2026, to provide the Debtors with sufficient time to close on the sale of assets;

WHEREAS, on September 1, 2026, the Debtors filed the *Notice of Further Extension of Outside Closing Date* [Dkt. No. 242], extending the outside closing date of the sale of the Debtors' assets to September 10, 2026;

[2] The other *Stipulations and Agreed Orders* were entered, respectively, on April 30, 2026, May 1, 2026, June 2, 2026, July 6, 2026, and August 4, 2026.

WHEREAS, based on the extensions granted in the Adequate Protection Stipulation, the Parties have conferred and agree that it is the best interest of the Parties and the Debtors' estate to continue the pending deadlines in the Adversary Proceeding, specifically Vantage's deadline to file an answer or other responsive pleading and S&P's deadline to respond to the Rellis Motion to Dismiss and the Tenorio Motion to Dismiss, as well as discovery in the Adversary Proceeding, which the Parties also desire to abate or otherwise extend;

WHEREAS, the Parties hereby agree to the Court's entry of this Stipulation, extending the Motions to Dismiss Deadline and abating discovery as set forth below.

## AGREED ORDER

NOW, THEREFORE, the Parties hereby stipulate, and the Court hereby adopts such stipulation and **ORDERS** as follows:

1. Discovery in the Adversary Proceeding is abated until September 25, 2026.

2. The deadline for S&P to respond to the Rellis Motion to Dismiss and the Tenorio Motion to Dismiss is extended to and includes September 25, 2026.

3. The deadline for Vantage to file its answer or other responsive pleading in the Adversary Proceeding is extended to and includes September 25, 2026.

4. The Parties are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order and to perform their respective obligations under this Order.

5. This Order shall take effect immediately upon its entry and shall not be stayed pursuant to FED. R. BANKR. P. 4001(a)(3).

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Signed: September 04, 2026

Alfredo R Pérez
United States Bankruptcy Judge

**AGREED AS TO FORM AND SUBSTANCE:**

**COKINOS | YOUNG**

By: */s/ Reagan H. "Tres" Gibbs, III*
Gregory M. Cokinos
State Bar No. 04527250
Email: gcokinos@cokinoslaw.com
Reagan H. "Tres" Gibbs, III
State Bar No. 24083068
Email: tgibbs@cokinoslaw.com
1221 Lamar Street, 16th Floor
Houston, Texas 77010
Tel. (713) 535-5500
**ATTORNEYS FOR SATTERFIELD & PONTIKES CONSTRUCTION, INC.**

**OKIN ADAMS BARTLETT CURRY LLP**

By: */s/ John Thomas Oldham*
Christopher Adams
Texas Bar No. 24009857
Email: cadams@okinadams.com
John Thomas Oldham
Texas Bar No. 24075429
Email: joldham@okinadams.com
1113 Vine St., Suite 240
Houston, Texas 77002
Tel. (713) 228-4100
**ATTORNEYS FOR THE DEBTORS**

**DAVIS & SANTOS PLLC**

By: */s/ Sarah P. Santos*
Sarah P. Santos
State Bar No. 24040955
Email: ssasntos@dslawpc.com
Landon M. Hankins

State Bar No. 24100924
Email: lhankins@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel. (210) 853-5882
**ATTORNEYS FOR VANTAGE BANK**

**GRAY REED**

By: */s/ Patrick A. Kelly*
Joe Virene
State Bar No. 24060779
Email: jvirene@grayreed.com
Aaron M. Kaufman
Texas Bar No. 24060067
Email: akaufman@grayreed.com
Patrick A. Kelly
State Bar No. 24105273
Email: pkelly@grayreed.com
1300 Post Oak Blvd, Suite 2000
Houston, Texas 77056
Tel. (713) 986-7000
**ATTORNEYS FOR SAM TENORIO III**